

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00268-CV

**IN THE INTEREST OF R.R. AND S.M.R.**, Children

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-00858
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's order terminating appellant's parental rights to his children, R.R. and S.M.R., is affirmed. It is ORDERED that no costs shall be assessed against appellant because he qualifies as indigent. TEX. R. APP. P. 20.1.

SIGNED September 14, 2016.

_____
Jason Pulliam, Justice